COURT OF APPEALS

EIGHTH DISTRICT OF
TEXAS

EL PASO, TEXAS

 


 
 
  
  
  
 IN RE:  ROSA
 SERRANO,
  
                            
 Relator.
 
 
 §
  
 §
  
 §
  
 §
  
 
 
  
 No. 08-11-00366-CV
  
 AN ORIGINAL
 PROCEEDING
  
                    IN MANDAMUS
  
 
 
 
 
  
 
 
  
 
 
  
 
 


MEMORANDUM OPINION
ON PETITION FOR WRIT OF MANDAMUS

 

Relator,  Rosa Serrano, pro se, has filed a petition for writ of mandamus requesting that
this Court compel the Honorable Carlos Villa, Judge of El Paso County Court at
Law Number Five to, “vacate his order of April 28, 2011, and to proceed no
further in the case.”

Mandamus
will issue only to correct a clear abuse of discretion.  See
Walker v. Packer, 827 S.W.2d 833, 839-40 (Tex. 1992)(orig.
proceeding).  In addition, there must be
no other adequate remedy at law available to the relator.  See In
re McAllen Medical Center, Inc., 275 S.W.3d 458, 464-65 (Tex. 2008)(orig.
proceeding).  Based on the petition and
record before us, Relator has failed to establish that she is entitled to
relief by writ of mandamus.  See Tex.R.App.P.
52.8.  The petition is therefore
DENIED.  

 

January 25, 2012                                 ________________________________________________

ANN CRAWFORD McCLURE,
Chief Justice

 

Before McClure, C.J., Rivera, and Antcliff, JJ.